**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DERRICK D. CRAGO, | : | No. 87 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| STATE CIVIL SERVICE COMMISSION | : | |
| (DEPARTMENT OF HUMAN SERVICES), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.